```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

THOMAS MATTHEW ROSE                                          PLAINTIFF

    v.                      Civil No. 06-2001

CITY OF MULBERRY, ARKANSAS                                   DEFENDANT

## ORDER

Now on this 16th day of March 2007, there comes on for consideration the report and recommendation filed herein on February 26, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 61). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 60) is DENIED.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge

**AO72A**
**(Rev. 8/82)**